IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP SIMS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:09-cv-01213-CDP |
| PROGRESSIVE DIRECT INSURANCE COMPANY, | ) |
| Defendant. | ) |

**DEFENDANT'S FIRST AMENDED ANSWER TO PLAINTIFF'S PETITION**

Comes now Defendant and for its Answer to Plaintiff's Petition states as follows:

1. Defendant admits the allegations contained in paragraphs 1, 8 and 13 of Plaintiff's Petition.

2. Defendant denies the allegations contained in paragraphs 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 14, 15 and 16 of Plaintiff's Petition.

3. For further answer and defense, Defendant states that any recovery by Plaintiff should be reduced in proportion to Plaintiff's failure to mitigate her loss and damages.

4. Defendant is entitled to a set off for amounts paid to Plaintiff by anyone for the injuries sustained in the accident described in Plaintiff's Petition.

WHEREFORE, having fully answered, Defendant prays to be dismissed hence with its costs herein expended.

                                             **/s/ Daniel E. Wilke**
                                             Daniel E. Wilke #5949
                                             Sean M. Flaherty #109901
                                             Attorneys for Defendant
                                             WILKE & WILKE, P.C.
                                             2708 Olive Street
                                             St. Louis, Missouri 63103
                                             314-371-0800
                                             Fax: 314-371-0900
                                             wilkewilke@accessus.net

      I hereby certify that on August 4, 2009 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert J. Albair
Attorney at Law
13421 Manchester Road, Suite 106
St. Louis, MO 63131
r_albair@msn.com
ATTORNEY FOR PLAINTIFF

                                             **/s/ Daniel E. Wilke**
                                             Daniel E. Wilke #5949
                                             Sean M. Flaherty #109901
                                             Attorney for Defendant
                                             WILKE & WILKE, P.C.
                                             2708 Olive Street
                                             St. Louis, Missouri 63103
                                             314-371-0800

DEW:lb