IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP SIMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:09-cv-01213-CDP |
| vs. | ) |
| | ) |
| PROGRESSIVE DIRECT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## TRIAL BRIEF

1.  Proof of compromise or settlement with a third party is inadmissible to prove validity or invalidity of a claim. A.G. Edwards v. Drew, 978 S.W.2d 386, 392 (Mo. App. 1998).

2.  Evidence of payment by Joiners insurance carrier is not probative or relevant and would be extremely prejudicial, because a jury would likely infer that the payment was an admission by Joiner both that he was negligent and that Plaintiff's damages exceeded the policy limits. Sladky v. Progressive, 2006 W.L. 2246427

3.  An insurer is permitted to set off payments made to the Plaintiff, in either an uninsured or underinsured motorist situation. See Tatum v. Van Liner Ins. Co. of Fenton, MO, 104 F.3d 223 (8th Cir. 1997) and Addison v. State Farm Mut. Auto. Ins. Co., 932 S.W.2d 788 (Mo. App. E.D. 1996).

                                              **/s/ Daniel E. Wilke**
                                              Daniel E. Wilke #5949
                                              Sean M. Flaherty #109901
                                              Attorneys for Defendant
                                              WILKE & WILKE, P.C.
                                              2708 Olive Street
                                              St. Louis, Missouri 63103
                                              314-371-0800
                                              Fax: 314-371-0900
                                              wilke@wilkewilke.net

      I hereby certify that on August 10, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Robert J. Albair
Attorney at Law
13421 Manchester Road, Suite 106
St. Louis, MO 63131
r_albair@msn.com
ATTORNEY FOR PLAINTIFF

                                              **/s/ Daniel E. Wilke**
                                              Daniel E. Wilke #5949
                                              Sean M. Flaherty #109901
                                              Attorney for Defendant
                                              WILKE & WILKE, P.C.
                                              2708 Olive Street
                                              St. Louis, Missouri 63103
                                              314-371-0800

SMF/mcb