UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILIP SIMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:09CV1213 CDP |
| PROGRESSIVE DIRECT INSURANCE CO., | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for pretrial conference [#61] is GRANTED, and the Court will hold a hearing on all pending motions on **Wednesday, August 25, 2010 at 9:30 a.m. in Courtroom 14 South.** As requested by defendant, substitute counsel may appear, but that counsel must be prepared to discuss all pending motions and respond to any questions regarding the trial that the Court may have.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of August, 2010.